UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **LAKISHA PAPOUTSAKIS, et al.,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **NORTHBOROUGH HOUSING** ) <br> **AUTHORITY, et al.,** ) <br> ) <br> Defendants. ) | Civil Action No. 25-10436-FDS |

### ORDER ON MOTION TO TRANSFER

**SAYLOR, C.J.**

Plaintiff, proceeding *pro se*, has moved to transfer this action to the Central Division of the District of Massachusetts. (ECF 7 at 1). She filed her complaint in the Central Division, but it was reassigned to the Eastern Division because her address of record is in Chelsea, Massachusetts. Nevertheless, the complaint alleges that she and all other parties reside in Worcester County. (ECF 1 Ex. B at 2). The case therefore should be reassigned to the Central Division. *See* Local Rule 40.1(d)(1)(A)-(C). Accordingly, under Local Rule 40.1(f), for good cause shown, plaintiff's motion to transfer the case to the Central Division is GRANTED. **So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court

Dated: May 13, 2025